*The Court approves the dismissal 7/8/21.*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **JAYLON SMITH** | ) | CASE NO. 1:21-cv-183 |
| | ) | |
| On behalf of himself and all others similarly situated, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| **SWEET HOME HEALTHCARE OF OHIO, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, OH 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
**THE FUCHS FIRM**
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

Attorneys for Plaintiff